UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL HASHER,<br><br>           Plaintiff<br><br>v.<br><br>GEORGE W. HAYMAN, DOC<br>Commissioner, et al.,<br><br>           Defendant | Civil Action No. 08-4105 (PGS)<br><br>**ORDER** |

This matter having come before the Court on the application of plaintiff Michael Hasher, *pro se*, on notice to counsel for defendants for a temporary restraining order and/or preliminary injunction directing defendants to cease delaying medical treatment and to cease cruel and unusual punishment; and the Court having considered the papers in support thereof; and for good cause shown;

IT IS on this ___13___ day of January, 2009

ORDERED that on Monday, February 9, 2009 at 10:00 a.m., ~~Defendants George W. Hayman, Jennifer Velez, Bernard Goodwin, Ronald K. Chen, Dr. Ahab Gabriel, Dr. Herbert Smyczek, Lilly Chiappettia, and Corrections Medical Services~~ there will be a status conference on this matter at my chambers, except that Mr. Hasher shall appear by telephone. show cause why ~~plaintiff should not be granted the relief requested; and it is further~~

ORDERED that opposition papers to plaintiff's motion be filed no later than January 20, 2009; and it is further

ORDERED that plaintiff's reply, if any, be filed no later than January 26, 2009.

                                                                     */s/ Peter M. Sheridan*
                                                       PETER G. SHERIDAN, U.S.D.J.