# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

## COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE, 250 PEHLE AVE., SUITE 401, SADDLE BROOK, NJ 07663
201-845-9600 • FAX 201-845-9423 • clphk@njlawfirm.com • www.njlawfirm.com

*Celebrating 90 years | EST. 1924*

Andrew R. Macklin, ESQ.  Email: arm@njlawfirm.com

July 20, 2015

**VIA ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court,
District of New Jersey - Newark
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Court Room: MLK 2B
Newark, NJ 07102

> **Re: Hasher v. Hayman, et als.**
> **Civil Action No. 2:08-cv-4105 (CCC)**
> **Our File No.: 38,750-0**

Dear Judge Cecchi:

Please allow this letter to confirm that the above matter has been settled as to defendants Correctional Medical Services, Inc. ("CMS"), Dr. Ahab Gabriel and Dr. Herbert Smyczek on confidential terms. These were the only defendants remaining after the Court's Order of March 27, 2013 on summary judgment.

I believe I can speak on behalf of all counsel in thanking the Court for its assistance in bringing this matter to a successful conclusion.

Respectfully yours,

/s/Andrew R. Macklin

Andrew R. Macklin

ARM:

cc: Frances Wang Deveney, Esq. (Via ECF)
    Michael Hasher (Via regular mail)