| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN,**<br>**DOHERTY & KELLY, P.C.**<br>**Frances Wang Deveney, Esquire**<br>6981 N. Park Drive, Suite 300<br>Pennsauken, NJ  08109<br>(856) 663-4300 | ATTORNEY FOR DEFENDANTS<br>Correctional Medical Services, Inc., Dr.<br>Ahab Gabriel and Dr. Herbert<br>Smyczek |
| 431-82481(FWD/CMS) | |

| | |
|---|---|
| Michael Hasher,<br><br>　　　　　　　*Plaintiff,*<br><br>　　vs.<br><br>Correctional Medical Services, Inc., Dr. Ahab Gabriel and Dr. Herbert Smyczek,<br><br>　　　　　　　*Defendants.* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>(Newark Vicinage)<br><br>DOCKET NO.  2:08-cv-04105(PGS) |

## STIPULATION OF DISMISSAL

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against any party.

| | |
|---|---|
| **Marks, O'Neill, O'Brien,**<br>**Doherty & Kelly, P.C.**<br><br>_____<br>Frances Wang Deveney, Esquire<br>Attorney for Defendants, Correctional<br>Medical Services, Inc., Dr. Ahab Gabriel<br>and Dr. Herbert Smyczek<br>Date: 9/15/15 | **Cohn, Lifland, Pearlman,**<br>**Hermann & Knopf, LLP**<br><br>_____<br>Andrew R. Macklin, Esquire<br>Attorney for Plaintiff,<br>Michael Hasher<br><br>Date: 7/31/15 |

{NJ591811.1}